**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

United States v. Marvin Eure, a/k/a "Man Man," Crim. No. 16-379

---

# PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum          ( ) Ad Testificandum

1. **MARVIN EURE, a/k/a "Man Man" (SBI: 256163E; DOB 05/22/1993)** (hereinafter, the "Detainee") is in the custody of the Essex County Correctional Facility pending state murder charges.

2. On August 22, 2016, a federal grand jury returned an indictment charging the Detainee with unlawful possession of a firearm by a previously convicted felon and possession with intent to distribute heroin.

3. The Detainee will be required at the federal courthouse in Trenton, New Jersey, for an arraignment before the Honorable Mary L. Cooper, United States District Judge, on Wednesday, September 14, 2016, at 1:00 p.m. A Writ of Habeas Corpus should be issued for that purpose.

4. The Detainee will be **returned to state custody** after the arraignment appearance.

                                               PAUL J. FISHMAN
                                               United States Attorney

                                                   /s/ Osmar J. Benvenuto
                     By: _____
                                                   OSMAR J. BENVENUTO
                                               Assistant United States Attorney
                                               Petitioner

DATED:    September 7, 2016

## ORDER

Let the Writ Issue.

DATED:   September 8, 2016

_____
HON. STEVEN C. MANNION
UNITED STATES MAGISTRATE JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Essex County Correction Facility:

WE COMMAND YOU that you have the body of

**MARVIN EURE, a/k/a "Man Man" (SBI: 256163E; DOB 05/22/1993)**

(the "Detainee") now in the custody of the Essex County Correctional Facility, brought before the Honorable Mary L. Cooper, United States District Judge, on September 14, 2016, at 1:00 p.m., so that the Detainee may have an arraignment.

Immediately upon completion of the proceeding, the Detainee will be **returned to state custody**.

WITNESS the Honorable Steven C. Mannion
United States Magistrate Judge
Newark, New Jersey

DATED:   September 8, 2016

WILLIAM T. WALSH
Clerk of the U.S. District Court
District of New Jersey

Per: _____
Deputy Clerk