RECEIVED
JAN 25 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

vs.

MARVIN EURE,
   a/k/a "Man Man"

Criminal No. 16-379 (MLC)

CONTINUANCE ORDER

This matter having come before the Court, and the United States being represented by Paul J. Fishman, Unites States Attorney for the District of New Jersey (by Osmar J. Benvenuto and Barry A. Kamar, Assistant U.S. Attorneys, appearing); and defendant Marvin Eure (being represented by Michael D'Alessio, Esq.), for an Order granting a continuance of the proceedings in the above-captioned matter through and including April 1, 2017; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court pursuant to Title 18, United States Code, Section 3161(c)(1); and one prior continuance having been granted since the defendant's arraignment before a judicial officer of this Court; and the defendant having consented to entry of this Order; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

1

(1) The parties have reached an agreement pursuant to which the defendant will enter a guilty plea, but require additional time in order to have the plea considered and accepted by the Court;

(2) The defendants have consented to the aforementioned continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**WHEREFORE**, it is on this 25th day of January 2017;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including April 1, 2017; and it is further

**ORDERED** that the period from the date this Order is signed through and including April 1, 2017, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MARY L. COOPER
United States District Judge

Form and entry consented to:

_____
Osmar J. Benvenuto
Barry A. Kamar
Assistant United States Attorneys

_____
Michael D'Alessio, Esq.
Counsel for Defendant Marvin Eure

2